# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL ARNOLD,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **LOVE'S TRAVEL STOPS & COUNTRY STORE, INC.,** | ) | **7:22-cv-01614-LSC** |
| **Defendant.** | ) | |

## Order

The mediator has reported to the Court that a settlement has been reached in this matter. Accordingly, this action is **DISMISSED** with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on August 14, 2023.

_____
L. Scott Coogler
United States District Judge

215647